IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE TOLLIVER,

    Petitioner,                   No. CIV S-05-2125 GEB GGH P

   vs.

TOM CAREY, et al.,

    Respondents.              ORDER

_____/

        The parties have recently filed a joint scheduling statement.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within sixty days of the date of this order, petitioner shall file either a memorandum of points and authorities in support of the existing petition, an amended petition contained exhausted claims only, or a statement identifying exhausted and unexhausted claims and a request to hold this action in abeyance;

        2. Respondent's response to petitioner's briefing is due within thirty days thereafter; petitioner may file a reply within thirty days thereafter.

DATED:   3/2/06                               /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

toll2125.sch

1