IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE TOLLIVER,         )<br>                            )<br>              Petitioner, )<br>                            )<br>     v.                    )<br>                            )<br>TOM CAREY, et al.,          )<br>                            )<br>              Respondents.  )<br>_____) | 2:05-cv-2125-GEB-GGH-P<br><br>ORDER |

On February 9, 2007, Petitioner filed a Motion to Modify Remedial Portion of the Court's February 8, 2007 Order, a Motion for Immediate Release, and an Application for Order Shortening Time for Respondent to Respond and for Hearing on Petitioner's Motion for Order of Immediate Release ("Application"). On February 13, 2007, Respondent filed an Opposition to Petitioner's Application for Order Shortening Time, arguing inter alia that Petitioner waived objection to Respondent's argument that the matter should be returned to the Governor for reconsideration, and that therefore Petitioner's Application should be denied.

In Petitioner's Reply to Respondent's Objections to the Magistrate Judge's Findings and Recommendations, Petitioner stated that he "does not object to having the matter resubmitted to the

1

Governor."  (Reply at 17; Feb. 8 Order at 4.)  Because of Respondent's request that the matter be resubmitted to the Governor and Petitioner's statement that he did not oppose that request, the matter was resubmitted to the Governor.  (Feb. 8 Order at 4.)  However, Petitioner now argues that when he agreed to resubmit the matter to the Governor, it was his understanding that he would have been released before the Governor had an opportunity to reconsider the release decision.  (Mot. for Release at 7.)  Petitioner could have, but did not, make that position clear in his Reply.  (See Reply at 17.)  Nevertheless, Petitioner's request for a shortened briefing schedule and an earlier hearing date than is prescribed in Local Rule 78-230 is granted as follows:  Respondent shall file any opposition to Petitioner's Motion for Immediate Release on or before February 20, 2007, Petitioner shall file any reply by February 22, 2007; and hearing on the Motion for Immediate Release is set for Monday, February 26, 2007, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 13, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge